689 A.2d 58

SUGARLOAF CITIZENS' ASSOC. et al.

v.

DEPARTMENT OF ENVIRONMENT et al.

No. 60, Sept. Term, 1995.

Court of Appeals of Maryland.

Feb. 11, 1997.

Mick G. Harrison, Washington, DC, for Petitioner.

Submitted to: MURPHY, C.J.,* and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI and BELL, JJ.

## ORDER

The Court having considered the petitioners' motion for reconsideration in the above captioned case, it is this 11th day of February, 1997

ORDERED, by the Court of Appeals of Maryland, that the motion be, and it is hereby, denied. *See ACandS v. Asner,* 344 Md. 155, 686 A.2d 250 (1996).

---

* Murphy, C.J., now retired, participated in the hearing and conference of this case while an active member of this Court, after being recalled pursuant to the Constitution, Article IV, Section 3A, he also participated in the decision and the adoption of the opinion.